**ZBS Law, LLP**
3550 N. Central Ave., Ste. 625
Phoenix, AZ 85012
Phone: (602) 282-6188
Fax: (602) 865-8086
E-mail: Jtirello@zbslaw.com
Joseph J. Tirello, Jr., Esq. (AZ Bar #033371)
Attorneys for Lakeview Loan Servicing, LLC
[File No. 21000562]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case # 2:21-bk-01498-DPC |
| TANISHA S CORDOVA, | Chapter 13 |
| Debtor, | **LIMITED OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN By Lakeview Loan Servicing, LLC** |

Lakeview Loan Servicing, LLC, ("SECURED CREDITOR"), a secured creditor in this bankruptcy case, through undersigned counsel hereby objects to the confirmation of the Chapter 13 Plan filed by the Debtor for the reasons stated below.

1.      SECURED CREDITOR is the holder of a note ("the SECURED CREDITOR Note"), secured by a deed of trust recorded in the first position against certain real property, ("the Property"), generally described as 9931 W. Trumbull Rd, Tolleson, Arizona 85353 and legally described as:

LOT 62, SUNSET FARMS UNIT 3, ACCORDING TO BOOK 698 OF MAPS, PAGE 31, RECORDS OF MARICOPA COUNTY, ARIZONA
APN # 101-28-066

Copies of the Note, Deed of Trust and Assignment of Deed of Trust held by SECURED CREDITOR will be attached to the proof of claim which will be filed by the deadline.

2. The plan, in its current form, is ambiguous as to the Debtor's ability to strip Secured Creditor's claim upon the completion of the plan. Specifically, the plan provides that ". . . the Plan will modify rights and duties of the Debtor and credits, except secured creditors will retain their liens **until the earlier of payment of the underlying debt or Debtor's discharge under Code § 1328**." (emphasis added) (Docket No.: 2, Page 1, Para. 4). This portion of the Plan suggests that Secured Creditor's lien will be retained until such a time that a discharge is entered. However, this is contrary to treatment afforded to Secured Creditor under the code. Accordingly, Secured Creditor objects to the treatment of its lien to the extent of potentially losing its security interest.

WHEREFORE, SECURED CREDITOR objects to confirmation of the Chapter 13 Plan.

DATED this 5th day of May, 2021

ZBS Law, LLP

/s/ Joseph J. Tirello, Jr.
_____
Joseph J. Tirello, Jr., Esq.
Attorney for Lakeview Loan Servicing, LLC

Original e-filed this 5th day of
May, 2021 with:

United States Bankruptcy Court
District of Arizona

Copy of the foregoing was mailed
on the 5th day of May, 2021 to:

Chapter 13 Trustee:
**EDWARD J. MANEY**
101 N. FIRST AVE., SUITE 1775
PHOENIX, AZ 85003

Attorney for Debtor:
**THOMAS ADAMS MCAVITY**
Phoenix Fresh Start Bankruptcy Attorneys

4131 Main Street
Skokie, IL 60076-2780

Debtor:
**TANISHA S CORDOVA**
9931 W TRUMBULL RD
TOLLESON, AZ 85353

By  /s/ Joseph J. Tirello, Jr.